**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Pros Chhot                                       **Case/AP Number** 15-10044 **-FJB**
                                                            **Chapter** 7

#45 Motion filed by Trustee David B. Madoff to Dismiss Case (Madoff, David)

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied         _____Denied without prejudice     _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Good cause having been set forth, and no objections having been filed, the Motion is granted and the case is hereby dismissed. The hearing scheduled for May 19, 2015 is canceled as unnecessary.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 05/18/2015
Frank J. Bailey
United States Bankruptcy Judge