**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Pros Chhot<br>              Debtor, | Chapter: 7<br>Case No: 15−10044<br>Judge Frank J. Bailey |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **bankruptcy case** was entered on 5/18/15 .

Date:10/1/15                                                                    By the Court,

                                                                                Joan M. Regan
                                                                                Deputy Clerk
                                                                                617−748−5342

51